David Richard
Lee

v

Douglas H Shulman

David Richard
Lee

v

Douglas H.
Shulman

S. THOMAS ANDERSON

DIANE K. VESCOVO